frtUNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF NORTH CAROLINA



Joseph A. Gibson, Plaintiff,    Date 08-20-2024

v.

Dianne Parnell, Stephen Wiley, and The Anti-Defamation League (ADL), Defendants.

Case No: 24-cv-694

## MOTION TO WITHDRAW MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTION

### I. Introduction

Plaintiff, Joseph A. Gibson, respectfully moves this Court to withdraw his previously filed Motion for Temporary Restraining Order (TRO) and Preliminary Injunction against Defendants Dianne Parnell, Stephen Wiley, and The Anti-Defamation League (ADL).

### II. Background

, Plaintiff filed a Motion for a TRO and Preliminary Injunction to prevent further defamatory statements and irreparable harm to Plaintiff's reputation and candidacy. This motion has been received by the Clerk of the Court.

1

### III. Request for Withdrawal

Plaintiff has decided to withdraw the Motion for the following reasons:

### IV. Best Interest of the Court

Plaintiff believes it is in the best interest of the Court to allow this Motion to Withdraw at this time for the following reasons:

It will streamline the proceedings and reduce unnecessary judicial resources spent on a motion that Plaintiff no longer wishes to pursue.

It allows Plaintiff the flexibility to revisit or amend the motion in the future if circumstances change, ensuring that any future filings are more precise and relevant to the case's current status.

It demonstrates Plaintiff's willingness to cooperate with the Court and the Defendants, potentially fostering a more amicable resolution to the underlying issues.

### V. Conclusion

For the foregoing reasons, Plaintiff respectfully requests that this Court grant his Motion to Withdraw the previously filed Motion for Temporary Restraining Order and Preliminary Injunction.\

CERTIFICATION

Plaintiff Joseph Gibson in the above captioned case 24-cv-694 does herby swear this Motion to withdraw is true and accurate to the best of my knowledge and under the penalty of perjury AND HAS BEEN MAILED Via first class postage and placDe with the United States Postsal service by placing in a MAILBOX FOR DELIVERY on 08-20-2024

Respectfully submitted,

, Joseph A. Gibson

264 Red Oak Driver Stokesdale Nc 27357

Phone 723-242-9985

3